# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

SEND

## CIVIL MINUTES - GENERAL

Case No.: CV 99-8662-MMM(JWJx)                    Date: December 28, 1999

Title: *WESTERN INITIATIVE MEDIA WORLDWIDE -V- ARTHUR NORTHERN*

## DOCKET ENTRY

**PRESENT:**

HONORABLE MARGARET M. MORROW, UNITED STATES DISTRICT JUDGE

| Anel Huerta | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None | None |

**PROCEEDINGS:** Order To Show Cause Re Dismissal For Lack Of Prosecution

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 120 days after the complaint is filed. Fed.R.Civ.Proc. 4(m). Generally, defendants must answer the complaint within 20 days after service (60 days if the defendant is the United States). Fed.R.Civ.Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders plaintiff(s) to show cause in writing on or before **January 10, 2000** why this action should not be dismissed for lack of prosecution. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.11, the court finds that this matter is appropriate for submission without oral argument. The Order To Show Cause will stand submitted upon the filing of plaintiff's response.



DEC 29 1999

8

If plaintiff files

\_\_\_\_ Proof(s) of service of summons and complaint on the following defendant(s):

<u>XX</u> An answer by the defendant(s):

<u>XX</u> Plaintiff's application for entry of default pursuant to Rule 55a of the Federal Rules of Civil Procedure

\_\_\_\_ Plaintiff's request that the clerk enter default judgment or plaintiff's motion for entry of default judgment pursuant to Rule 55b of the Federal Rules of Civil Procedure

on or before the date indicated above, the court will consider this a satisfactory response to the Order To Show Cause.

Initials of Deputy Clerk

cc:   **Counsel of record (or parties)**